# **CERTIFICATION**

RE:    Benjamin John Brokaw
         18-1154-SMY

I, _____, hereby certify that
      (Name and Title of Authorized Officer - please print)

Benjamin John Brokaw currently has the sum of $_____ on account at Chester Mental Health Center.

_____
Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201**

PS-17
Rev. 5/18